# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KEVIN C. MCWHORTER, | ) | |
|---|---|---|
| Inmate # 08194-025, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL NO. 12-cv-0089-JPG |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On April 6, 2012, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Doc. 2). Voluntary withdrawal of his claim is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

DATED: April 10, 2012

                                                *s/J. Phil Gilbert*
                                                **United States District Judge**